IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. No. 14-cv-00238-AP

PHILLIP G. DURAN,

    Plaintiff,

v.

CAROLYN COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.**    **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Joseph A. Whitcomb, Esq
Rocky Mountain Disability Law Group
1391 Speer Blvd., Suite 705
Denver, CO  80204
303-534-1954
303-534-1949 (facsimile)
Joe@rmdlg.com

<u>For Defendant:</u>
Christina J. Valerio
Assistant Regional Counsel
Social Security Administration
Office of General Counsel
Region VIII
1961 Stout, Suite 4169
Denver, CO 80294
Telephone: (303) 844-7348
Facsimile: (303) 844-0770
Christina.valerio@ssa.gov

2.      **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3.      **DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:**    January 28, 2014

    B.    **Date Complaint Was Served on U.S. Attorney's Office:**  _____, 2014

    C.    **Date Answer and Administrative Record Were Filed:**  July 14, 2014

4.      **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.
To the best of her knowledge, Defendant states that the record is complete and accurate.

5.      **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

6.      **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

7.      **OTHER MATTERS**

The parties state that there are no other matters.

8.      **BRIEFING SCHEDULE**

The parties agreed to the following schedule:

    A.    **Plaintiff's Opening Brief Due:**    September 15, 2014

    B.    **Defendant's Response Brief Due:**    October 15, 2014

    C.    **Plaintiff's Reply Brief (If Any) Due:**    October 30, 2014

9.      **STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:**    Plaintiff does not request oral argument.

    B.    **Defendant's Statement:**    Defendant does not request oral argument.

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    **A.     (  )     All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.     (X )     All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this <u>4</u><sup>th</sup> day of <u> August</u>, 20<u>14</u>.

                                              BY THE COURT:

                                              *s/John L. Kane*
                                              U.S. DISTRICT COURT JUDGE

APPROVED:

JOHN F. WALSH
UNITED STATES ATTORNEY

Joseph A. Whitcomb, Esq
Rocky Mountain Disability Law Group
1391 Speer Blvd., Suite 705
Denver, CO  80204
303-534-1954
303-534-1949 (facsimile)
Joe@rmdlg.com

J. BENEDICT GARCÍA
Assistant United States Attorney
United States Attorney's Office
District of Colorado

*s/ Christina J. Valerio*
Christina J. Valerio
Assistant Regional Counsel
Social Security Administration
Office of General Counsel, Region VIII
1961 Stout, Suite 4169
Denver, CO 80294
Telephone: (303) 844-7348
Facsimile: (303) 844-0770
Christina.valerio@ssa.gov