IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00238-CBS

PHILLIP GREGORY DURAN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Magistrate Judge Craig B. Shaffer, on December 22, 1915, incorporated herein by reference, it is

ORDERED that the SSA Commissioner's final decision is AFFIRMED. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Phillip Gregory Duran . It is

FURTHER ORDERED that this civil action and complaint are DISMISSED with each party to bear his own fees and costs.

DATED at Denver, Colorado this   22nd   day of December, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ N. Marble
N. Marble,
Deputy Clerk

